NOTE: CHANGES MADE BY THE COURT

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2083
     Facsimile: (213) 894-7819
     E-mail: Aaron.Kollitz@usdoj.gov

Attorneys for Respondents
KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security;
JEFF SESSIONS, Attorney General of the United States; DAVID JENNINGS, Los Angeles Field Office Director Bureau of Immigration and Customs Enforcement;
GABRIEL VALDEZ, Assistant Field Office Director, Adelanto Detention Facility

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MINH KIEN TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>KIRSTJEN NIELSEN, *Secretary of the Department of Homeland Security;* JEFF SESSIONS, *Attorney General of the United States*; DAVID JENNINGS, *Los Angeles Field Office Director Bureau of Immigration and Customs Enforcement;* GABRIEL VALDEZ, *Assistant Field Office Director, Adelanto Detention Facility*<br><br>    Respondents. | No. EDCV 18-00169-JGB (PLA)<br><br>**ORDER**<br><br>**1) EXTENDING BRIEFING DEADLINES AND HEARING ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION;**<br><br>**2) EXTENDING RESPONDENTS' TIME TO FILE ANSWER TO PETITION**<br><br>Honorable Paul L. Abrams<br>United States Magistrate Judge |

Upon consideration of the Stipulation and finding good cause, IT IS HEREBY

ORDERED that:

1) The time for Respondents to file an Opposition to Petitioner's Motion for Preliminary Injunction is extended from March 7, 2018 to March 19, 2018;

2) The time for Petitioner to file a Reply is extended from March 14, 2018 to March 26, 2018;

3) The hearing on Petitioner's Motion for Preliminary Injunction is continued from March 21, 2018 to **April 4, 2018**; and

4) The time for Respondents to file an Answer to the Petition is extended from March 15, 2018 to March 27, 2018.

Dated: March 7, 2018            _____
                                Paul L. Abrams
                                UNITED STATES MAGISTRATE JUDGE

Presented by,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

   */s/ Aaron Kollitz*
AARON KOLLITZ
Assistant United States Attorney
Attorneys for Respondents