HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (Bar No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California  90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MINH KIEN TRAN,

        Petitioner,

  v.

KIRSTJEN NIELSEN, Secretary of the Homeland Security, et. al.,

        Respondents.

No.  ED CV 18-169-JGB-PLA

**ORDER TO VACATE BRIEFING DEADLINES AND ORDER STATUS REPORT**

    Petitioner's Motion for Preliminary Injunction (Dkt. 7) is hereby WITHDRAWN. The briefing schedules set forth in this Court's Orders dated January 29, 2018 (Dkt. 5) and February 16, 2018 (Dkt. 8) are hereby VACATED. By no later than March 26, 2018, Petitioner is hereby ORDERED to either voluntarily dismiss the case or file a status report updating the Court on remaining relief to be sought.

DATED:  March 13, 2018

                                          _____
                                          Honorable PAUL L. ABRAMS
                                          United States Magistrate Judge

Presented by:

*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender